UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 2:11-CR-59 |
| ) | JUDGE INMAN |
| BRIAN DAVID HOWARD ) | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE: Warden of the Northwest Correctional Complex, Tiptonville, Tennessee or Any Authorized Custodian Thereof - Greetings:

We command that you have the body of BRIAN DAVID HOWARD, detained in the Northwest Correctional Complex, under your custody as it is said, under safe and secure conduct before the Judge of our District Court within and for the Eastern District of Tennessee, at the City of Greeneville, Tennessee, on September 20, 2011 at 9:30 a.m., there to be present for initial appearance and arraignment, or for his case to be otherwise disposed of upon said indictment heretofore returned against him, and each day thereafter until said case is disposed of, and immediately thereafter the said defendant shall be returned to the said Warden at Northwest Correctional Complex, under safe and secure conduct, and have you then and there this writ.

And as by order of said District Court it is directed, if said Warden so directs, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal is hereby ordered and directed to receive BRIAN DAVID HOWARD, into his custody and possession at said Northwest Correctional Complex, and under safe and secure conduct to have him before the Judge of our District Court at the time and place aforesaid for the purpose aforesaid, and to return him to said Northwest Correctional Complex,

Tiptonville, Tennessee, under safe and secure conduct and redeliver him to the Northwest Correctional Complex, Tiptonville, Tennessee

PATRICIA MCNUTT, Clerk

By: _____
DEPUTY CLERK

MARSHAL'S RETURN
I have partially executed the within __whcap__ by receiving the body of __Brian Howard__ on __9/16__ 20__11__ at __NECC__ and delivering to __USMS E/TN__ on __09/16__ 20__11__
UNITED STATES MARSHAL
EASTERN DISTRICT OF TENNESSEE
BY _____ DUSM

MARSHAL'S RETURN
I have partially executed the within __WHCAP__ by receiving the body of __Brian Howard__ on __4/13__ 20__12__ at __USMS E/TN__ and delivering to __NECC__ on __4/13__ 20__12__
UNITED STATES MARSHAL
EASTERN DISTRICT OF TENNESSEE
BY _____ DUSM

2